Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ARNOLD A. KLINE et al., Appellants, *v.* THE MYRIAD PICTURES CORPORATION et al., Respondents.

*Fraud — election of remedies — plaintiff may not maintain action to recover for fraud inducing execution of release of obligation of promissory notes while prosecuting action to recover on notes.*

Kline v. *Myriad Pictures Corporation,* 211 App. Div. 550, affirmed. (Argued May 13, 1925; decided June 2, 1925.)

APPEAL from a judgment, entered February 26, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing an order of Special Term denying a motion to strike out plaintiffs' reply and for judgment in favor of defendants and granting said motion. The action was for alleged fraud by which plaintiffs were induced to execute a release of the obligation of certain promissory notes. The answer set up as a defense that simultaneously with the commencement of this action plaintiffs had commenced another action to recover on the notes. The question was whether this action was barred under the doctrine of election of remedies.

*Jay Leo Rothschild* and *Louis Rivkin* for appellants.

*Leopold Blumberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.